FILED IN
COURT OF CRIMINAL APPEALS

December 15, 2015

ABEL ACOSTA, CLERK

AP-77,053
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/15/2015 3:58:29 PM
Accepted 12/15/2015 4:00:41 PM
ABEL ACOSTA
CLERK

**NO. AP-77,053**

---

## IN THE COURT OF CRIMINAL APPEALS
## STATE OF TEXAS

---

**ERIC LYLE WILLIAMS**
**Appellant,**
**v.**
**THE STATE OF TEXAS**
**Appellee.**

---

**On appeal from a conviction in the 422nd Judicial District Court
of Kaufman County, Texas in Cause Number 32031-422
the Honorable, Michael R. Snipes, Judge Presiding**

---

## MOTION TO SUPPLEMENT
## THE REPORTER'S RECORD

**COMES NOW** Eric Lyle Williams**,** by and through his court appointed attorney on appeal, John Tatum, and respectfully submits this Motion to Supplement the Reporter's Record in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

**I.**

The Defendant, Eric Lyle Williams, pleaded not guilty to the charge of Capital Murder before the Honorable Michael R. Snipes, Judge Presiding of 422nd Judicial Court of Kaufman County, Texas. The jury found

the Defendant guilty as charged in the indictment. The jury answered "yes" to Special Issues No. 1 and "No" to Special Issue No. 2. The Court assessed punishment at death by lethal injection.

## II.

The Reporter's Record has been filed in this cause and provided to Appellant's counsel on CD-Rom with the exception of juror questionnaires used by the parties in conducting jury selection. Appellant has requested the Kaufman County District Clerk make available the juror questionnaires to Appellant's counsel and supplement the record with these documents under seal and or properly redacted.

## III.

Appellant will be raising issues involving the trial court's denial of Appellant's peremptory or cause challenges on venire members during voir dire. Appellant requests that juror questionnaires be made part of the record. These questionnaires are necessary to aid counsel in researching voir dire issues to be raised on appeal and for this Honorable Court in resolving the issues raised on appeal to the Court of Criminal Appeals.

## IV.

State's counsel has no objection to this request to supplement the record.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court will grant his Motion to Supplement the Reporter's Record in this Cause.

Respectfully submitted,

/s/ John Tatum
JOHN  TATUM
990 SOUTH SHERMAN STREET
RICHARDSON, TEXAS 75081
(972) 705-9200
BAR NO. 19672500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been delivered to Fredericka Sargent, Kaufman County District Attorney Pro Tem , c/o Criminal Appeals Division Office of the Attorney General at P.O. Box 12548 Austin, Texas 78711-2548 on this the 15th  day of December, 2015.

/s/ John Tatum
John Tatum

CERTIFICATE OF COMPLIANCE

I certify that this submitted e-mail attachment to file Motion to Supplement Record complies with the following requirements of the Court:

1. The petition is submitted by e-mail attachment;

2. The e-mail attachment is labeled with the following information:


A. Case Name: Eric Lyle Williams
B. The Appellate Case Number: AP-77,053
C. The Type of Document: Motion to Supplement Record
D. Party for whom the document is being submitted: Appellant
E. The Word Processing Software and Version Used to Prepare the Motion :
Word Perfect X7

3. Copies have been sent to all parties associated with this case.

___/s/ John Tatum_____ 12/14/15
(Signature of filing party and date)

John Tatum
(Printed name)

John Tatum, Attorney at Law

Emailed Copy of Motion